JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDYMAC VENTURE, LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PRIVATE ISLAND HOMES, INC., a California corporation; and VINCENT J. ROVER, an individual,<br><br>　　　　　Defendants. | CASE NO. CV 08-06702-RGK (CWx)<br><br>**ORDER REMANDING CIVIL ACTION TO SUPERIOR COURT** |

　　　　On October 10, 2008, the Federal Deposit Insurance Corporation ("FDIC"), as Conservator for IndyMac Federal Bank, F.S.B. removed this action to this Court pursuant to 12 U.S.C. § 1819(b)(2)(B).

　　　　On May 1, 2009, pursuant to the parties' stipulation, the Court substituted Indymac Venture, LLC into this action as plaintiff in the place of Plaintiff FDIC, as Conservator for IndyMac Federal Bank, F.S.B.

　　　　On May 11, 2009, the Court held a Scheduling Conference, during which it noted that since the FDIC was no longer a party, it appeared that the Court no longer had subject matter jurisdiction. Thus, the Court ordered counsel to file briefs regarding federal subject matter jurisdiction by May 25, 2009.

　　　　On May 26, 2009, Plaintiff Indymac Venture LLC filed its brief regarding federal subject matter jurisdiction, in which it stated that it did not oppose remand of this action to state court.

1  To date, counsel for Defendants has failed to file its brief regarding federal subject matter
2  jurisdiction.
3  In light of the fact that the FDIC is no longer a party and there does not appear to be any other
4  basis for this Court to exercise subject matter jurisdiction, the Court finds that it lacks subject matter
5  jurisdiction over this action.
6  Thus, the above-entitled case is ordered **remanded** to Superior Court for all further proceedings
7  for lack of subject matter jurisdiction.

10  DATED: June 3, 2009

  _____
  **R. GARY KLAUSNER**
  **UNITED STATES DISTRICT JUDGE**